UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO.: 2:20-cr-88-FtM-38NPM

MICHAEL TORRES
_____

### **PRELIMINARY ORDER OF FORFEITURE**[1]

Before the Court is the United States' Motion for Preliminary Order of Forfeiture filed November 9, 2020. (Doc. 52). The United States moves, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for approximately **$16,290.00 in U.S. currency**, which Defendant Michael Torres used to commit, or to facilitate the commission of the offense(s) charged in the two-count Federal Indictment dated June 17, 2020; the Indictment includes forfeiture allegations, thereby providing the required notice to the defendant. (Doc. 22)

Torres enter a plea of guilty to distribution of a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and attempted possession with

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846, and the Court adjudged him guilty of these offenses. (Doc. 47).

The required connection between the crimes of conviction and the asset has established by the United States. And, because the United States is entitled to forfeit the property, the motion is **GRANTED**. Pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the asset described above is **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

This order shall become a final order of forfeiture as to Defendant Michael Torres at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Preliminary Oder of Forfeiture (Doc. 52) is **GRANTED**.

**DONE AND ORDERED** in Fort Myers, Florida on November 26, 2020.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record